UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GIORGIO FOODS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | SUMMONS<br><br>Court No: 23-00133 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Name and Standing of Plaintiff.

    Plaintiff in this action, Giorgio Foods, Inc., is a manufacturer, producer, and/or wholesaler in the United States of the domestic product that is like the imported product at issue in the challenged determination. Giorgio Foods, Inc. was the petitioner in the underlying investigation and, thus, a party to the proceeding that led to the determination being challenged. Accordingly, Giorgio Foods, Inc. is an interested party within the meaning of sections 771(9)(C) and 516A(f)(3) of the Act. See 19 U.S.C. § 1677(9)(C); 19 U.S.C. § 1516a(f)(3). As such, Giorgio Foods, Inc. has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. Brief description of the contested determination

    The contested determination is the U.S. Department of Commerce's calculation of a de minimis antidumping margin with respect to Prochamp B.V. in connection with the agency's final affirmative determination of sales at less than fair value in its investigation of certain preserved mushrooms from the Netherlands. See Certain Preserved Mushrooms From the Netherlands: Final Affirmative Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 18,115 (Mar. 27, 2023) ("Final Determination") and

accompanying <u>Certain Preserved Mushrooms From the Netherlands, Poland, and Spain: Antidumping Duty Orders</u>, 88 Fed. Reg. 33,096 (May 23, 2023) (hereinafter, "AD Order"). The Department of Commerce's determination with respect to Prochamp B.V. is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the AD Order and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

3.   <u>Date of determination</u>

The U.S. Department of Commerce's <u>Final Determination</u> was signed on March 20, 2023 and was published in the <u>Federal Register</u> on March 27, 2023. The AD Order was signed on May 17, 2023 and was published in the <u>Federal Register</u> on May 23, 2023.

4.   <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's final determination was published in the <u>Federal Register</u> on March 27, 2023. See <u>Certain Preserved Mushrooms From the Netherlands: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 88 Fed. Reg. 18,115 (Mar. 27, 2023). The subsequently issued AD Order was published in the <u>Federal Register</u> on May 23, 2023. See <u>Certain Preserved Mushrooms From the Netherlands, Poland, and Spain: Antidumping Duty Orders</u>, 88 Fed. Reg. 33,096 (May 23, 2023).

    <u>/s/ John M. Herrmann</u>
    JOHN M. HERRMANN
    PAUL C. ROSENTHAL
    JOSHUA R. MOREY
    jherrmann@kelleydrye.com
    prosenthal@kelleydrye.com
    jmorey@kelleydrye.com
    3050 K Street, N.W., Suite 400
    Washington, D.C.  20007
    (202) 342-8488

    Counsel to Giorgio Foods, Inc.

Dated:  June 22, 2023

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

        Bryan M. Boynton, Esq.
        Principal Deputy Assistant Attorney General, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        General Counsel
        U.S. Department of Commerce
        14th Street & Constitution Avenue, N.W.
        Washington, D.C. 20230

By Hand:   Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza
        New York, NY 10278-0001

        The Honorable Mario Toscano
        Clerk of the Court

Date: June ___, 2023        By:_____

# CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

### Giorgio Foods, Inc. v. United States
### CIT Court No. 23-00133

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, John M. Herrmann, hereby certify that on June 22, 2023, copies of the foregoing Summons, Form 5, Form 11, Form 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified or registered mail, return receipt requested:

## UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Bryan M. Boynton, Esq.
Principal Deputy Assistant Attorney General, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530


## UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Greenyard Prepared Netherlands BV and Prochamp, B.V., Wuensche USA Inc.**

Ronald M. Wisla, Esq.
Fox Rothschild LLP
2020 K Street, NW
Suite 500
Washington, DC 20006
Email: rwisla@foxrothschild.com

**On behalf of Acme Food Sales, Inc.**

Kristen Smith, Esq.
Sandler, Travis & Rosenberg, P.A.
1300 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004-3002
Email: ksmith@strtrade.com

**On behalf of the European Commission**

Caitlin Hickey
European Commission
Delegation of the European Union
2175 K St NW
Washington DC 20037
Email: caitlin.hickey@eeas.europa.eu

                                             /s/ John M. Herrmann
                                             JOHN M. HERRMANN
                                             KELLEY DRYE & WARREN LLP