**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| GIORGIO FOODS, INC., <br><br>         Plaintiff, <br> v. <br> UNITED STATES, <br><br>         Defendant. | **Court No. 23-00133** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable M. Miller Baker.

                                                /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge

DATED:   August 3, 2023