

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
M. Miller Baker
Judge

August 30, 2023

*(Via CM/ECF)*

  Re: *Giorgio Foods, Inc. v. U.S.*
     Court No. 23-00133

To All Counsel:

  USCIT Rule 56.2(a) requires the court to enter a scheduling order promptly after receiving the parties' joint status report and proposed briefing schedule.

  Accordingly, all parties shall confer and file a joint status report and an agreed proposed briefing schedule via CM/ECF no later than September 29, 2023. The parties' joint status report is to state which appendix preparation method the parties have elected to use, and the parties' proposed briefing schedule is to include the appropriate dates prescribed in the joint appendix preparation instructions for the method the parties choose.

  Additionally, this case involves an intervening party. The proposed briefing schedule must propose a briefing deadline for the intervenor(s) that is later than the deadline for the party supported to avoid the repetition of arguments. The court allows an intervenor half the word count applicable to the party supported.

  In the event the parties are unable to agree, each party shall file a status report and a proposed briefing schedule no later than September 29, 2023.

                Sincerely,

                /s/ *M. Miller Baker*
                M. Miller Baker, Judge