UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GIORGIO FOODS, INC.,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>PROCHAMP B.V.,<br>    *Defendant-Intervenor*. | Ct. No. 23-00133-MMB |

**ORDER**

The court provisionally issues its slip opinion (ECF 43) deciding Plaintiff's motion for judgment on the agency record and the accompanying remand order (ECF 44) under seal. The opinion quotes record material bracketed as confidential in the administrative record, but the court believes, for the reasons stated in footnotes 6–7, that this material does not qualify as business proprietary information. The remand order similarly quotes material bracketed as confidential.

Within seven days of entry of this order, any party believing there is good cause for maintaining the bracketing used in the record shall file objections (under seal per USCIT Rule 5(g) as necessary). Any objections must be grounded in one or more of the categories of "business proprietary information" set forth in 19 C.F.R. § 351.105(c) and must explain why the material in

question falls within the regulation's scope. Any factual assertions must be supported by declarations of individuals with personal knowledge of such facts.

Absent any such objections, the court will unseal the opinion and remand order on July 25, 2024, and the public version of each will contain no redactions.

Dated:   July 17, 2024                                    /s/ *M. Miller Baker*
         New York, New York                               M. Miller Baker, Judge

2