UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| GIORGIO FOODS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES, | ) Court No. 23-00133<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| PROCHAMP B.V., | )<br>) |
| Defendant-Intervenor. | ) |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Giorgio Foods, Inc., Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Federal Circuit from: (i) this Court's Opinion in this action dated July 17, 2024,[1] that affirmed in part and remanded in part the U.S. Department of Commerce's ("Commerce") final determination in Certain Preserved Mushrooms From the Netherlands: Final Affirmative

---

1  See Giorgio Foods, Inc. v. United States, Slip Op. 24-79, 2024 Ct. Int'l Trade LEXIS 84 (July 17, 2024) (ECF No. 43).

Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 18,115 (Mar. 27, 2023), instructing Commerce to, in connection with its selection of Germany as the appropriate third country market, reconsider its finding that Prochamp B.V. sold a "significantly larger overall quantity" of mushrooms in Germany, as opposed to France or Israel; (ii) Commerce's subsequent November 14, 2024 Remand Results,[2] specifically, Commerce's continued finding that Prochamp sold a significantly larger quantity of sales for consumption in Germany than Prochamp sold for consumption in other potential comparison markets; (iii) this Court's opinion dated July 16, 2025,[3] that sustained Commerce's Remand Results and, (iv) this Court's Order dated July 16, 2025 (ECF No. 66),[4] that sustained Commerce's Remand Results.

---

[2] See Final Results of Redetermination Pursuant to Court Remand: *Giorgio Foods, Inc. v. United States*, Ct. No. 23-00133 (Dep't Commerce Nov. 14, 2024) (ECF No. 49).

[3] See Giorgio Foods, Inc. v. United States, Slip Op. 25-90, 2025 Ct. Int'l Trade LEXIS 93 (July 16, 2025) (ECF No. 65).

[4] See Order in Giorgio Foods, Inc. v. United States, Ct. No. 23-00133 (July 16, 2025) (ECF No. 66).

-3-

        Respectfully submitted,


        <u>/s/ John M. Herrmann</u>
        JOHN M. HERRMANN
        PAUL C. ROSENTHAL
        JOSHUA R. MOREY
        JULIA A. FOX
        KELLEY DRYE & WARREN LLP
        3050 K Street, N.W., Suite 400
        Washington, DC   20007
        (202) 342-8400

        Counsel to Plaintiff Giorgio Foods, Inc.

Dated:  September 8, 2025

## CERTIFICATE OF COMPLIANCE
## WITH COURT OF INTERNATIONAL TRADE
## STANDARD CHAMBERS PROCEDURES

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that Plaintiff's Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the Notice of Appeal was prepared, the notice contains a total of <u>268</u> words. The word count certification is made in reliance on the word-count feature contained in Microsoft 365 – Enterprise.

                                                              Respectfully submitted,

                                              <u>/s/ John M. Herrmann</u>
                                              JOHN M. HERRMANN
                                              PAUL C. ROSENTHAL
                                              JOSHUA R. MOREY
                                              JULIA A. FOX
                                              KELLEY DRYE & WARREN LLP
                                              3050 K Street, N.W., Suite 400
                                              Washington, DC   20007
                                              (202) 342-8400

                                              Counsel to Plaintiff Giorgio Foods, Inc.

Dated:  September 8, 2025

# CERTIFICATE OF SERVICE

## Giorgio Foods, Inc. v. United States
### CIT Court No. 23-00133

    I hereby certify that on September 8, 2025, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

    /s/ John M. Herrmann
JOHN M. HERRMANN
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC  20007
(202) 342-8400

Counsel to Plaintiff Giorgio Foods, Inc.